### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

ROBERT BOSCH LLC,          )
                                 )

          Plaintiff,      )

                                 )

          -v-           )      Civil Action No. 2:09-cv-14468

                                 )

A.B.S. POWER BRAKE, INC.,   )
PEDRO GOMEZ,           )
LUCIO GOMEZ, and       )
GUILLERMO GOMEZ,      )

                                 )

          Defendants.    )

---

### STIPULATED ORDER SETTING DATES FOR
### EXPERT WITNESS DISCLOSURES AND DISCOVERY

Plaintiff and Defendants, through counsel, having stipulated to entry of this Order;

IT IS HEREBY ORDERED, that the Scheduling Order is modified to provide that the parties shall have to August 12, 2011 in which to disclose expert witnesses and provide such witnesses' expert's reports, and that they shall have to September 9, 2011 in which to complete expert witness discovery.


       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: June 28, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, June 28, 2011, by electronic and or ordinary mail.

       s/Marilyn Orem
       Case Manager

**STIPULATED AND AGREED TO BY:**

s/ Belinda J. Scrimenti
Belinda J. Scrimenti (Bar. No. 288885)
Bradley L. Cohn
Ian J. Block
Pattishall, McAuliffe, Newbury, Hilliard
  & Geraldson LLP
311 S. Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000
bscrimenti@pattishall.com

Seth D. Gould (P45465)
Wienner & Gould, P.C.
950 W. University Dr., Ste. 350
Rochester, MI 48307
 (248) 841-9400
sgould@wiennergould.com

Attorneys for Plaintiff

s/David C. Kadin (By B.Scrimenti with consent)
David C. Kadin
Law Office of David C. Kadin
1262 Beryl Street, Ste. 136
Redondo Beach, CA 90277
kadinlaw@earthlink.net

Jeffrey P. Thennisch (P51499)
Dobrusin & Thennisch, PC
29 W. Lawrence Street, Suite 210
Pontiac, Michigan 48342
(248) 292-2920
jeff@patentco.com

Attorneys for Defendants A.B.S. Power Brake,
Inc., Pedro Gomez, Lucio Gomez, and
Guillermo Gomez

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2011, I electronically filed the foregoing proposed STIPULATED ORDER SETTING DATES FOR EXPERT DISCLOSURES AND DISCOVERY with the Clerk of the Court using the ECF system utility link for proposed orders, and by electronic mail to local counsel for Plaintiff, Seth D. Gould, Esq., Wienner & Gould, P.C., 950 W. University Dr., Ste. 350, Rochester, Michigan 48307, and the following counsel for defendants:  David C. Kadin, Esq., Law Office of David C. Kadin, 1262 Beryl Street, Suite 136, Redondo Beach, CA 90277, and Jeffrey P. Thennisch, Dobrusin & Thennisch, PC, 29 W. Lawrence Street, Suite 210, Pontiac, Michigan 48342.  I hereby certify that there are no non-ECF participants on whom the papers should be served.

s/Belinda J. Scrimenti
Belinda J. Scrimenti
(Bar. ID No. 6288885)
311 S. Wacker Drive, Suite 5000
Chicago, Illinois 60606
Telephone:  312-554-8000
E-mail:  bscrimenti@pattishall.com